**HOWARD COUNTY POLICE DEPARTMENT**
Voluntary Consent To Search

17-23861
**Case Number**

3-12-17
**Date & Time**

3 Keyser Woods Ct. Pikesville, MD 21208
**Location**

I hereby authorize Det. Marc Delbusso,
Officer(s) of the Howard County Police Department to conduct a complete search of:

☐ Person:

☒ Vehicle: Trailer - Blk in color
Tag Number: (Maine) 20TLR98486
VIN: 542GJ4839EB007790

☒ Residence: 11910 Emerald Ct Ellicott City MD 21042
Owner: Michael Fitzpatrick

☒ Other Location: Detached Garage on rear of property
Keypad Code: 1738

I, Michael Fitzpatrick, have been informed of the following:

1. I have not been promised anything in exchange for consenting to this search.
2. I have not been threatened in any way to force or compel me to give this voluntary consent to search my vehicle, person, residence or other location.
3. I fully understand that anything found in the search of my vehicle, person, residence or other location may be used against me in a court of law.
4. I can read, write, and understand the English language.
5. I have received the following formal education: → College

**SIGNATURE**

**PRINTED NAME** Mike Fitzpatrick

**WITNESSED BY** DFC KTD

ATF TFO Dexter Hodg

HCPD 2118 (REV 3-11)

## HOWARD COUNTY POLICE DEPARTMENT
### Voluntary Consent To Search

17-23861
**Case Number**

3-12-17
**Date & Time**

3 Keyser Wood Ct. Pikesville, MD 21208
**Location**

I hereby authorize Det. Marc Delbusso,

Officer(s) of the Howard County Police Department to conduct a complete search of:

☐ Person:

☒ Vehicle: Trailer (Red in color)
Tag Number: 19TLR79721 (Maine)
VIN: 5WKBE2423A108679

~~Vehicle Residence:~~ Trailer (Blk/Gry in color)
~~Tag + Vin Owner:~~ 19TLR79720 (Maine)
VIN: 5L4BE1628ER004908

~~Vehicle Other Tag + VIN Location:~~

I, Michael Fitzpatrick, have been informed of the following:

1. I have not been promised anything in exchange for consenting to this search.
2. I have not been threatened in any way to force or compel me to give this voluntary consent to search my vehicle, person, residence or other location.
3. I fully understand that anything found in the search of my vehicle, person, residence or other location may be used against me in a court of law.
4. I can read, write, and understand the English language.
5. I have received the following formal education: → College

SIGNATURE
Mike Fitzpatrick
**PRINTED NAME**

WITNESSED BY
ATF TFO Dexter Holger
Dxt Holg

HCPD 2118 (REV 3-11)