# HOWARD COUNTY POLICE DEPARTMENT
## Voluntary Consent To Search

**Case Number:** 17-23861

**Date & Time:** 3-14-17  2115 hrs

**Location:** 3 Keyser Woods Ct. Pikesville, MD 21208

I hereby authorize **Det. Marc Delbusso**, Officer(s) of the Howard County Police Department to conduct a complete search of:

☐ **Person:** _____

☐ **Vehicle:** _____
  **Tag Number:** _____
  **VIN:** _____

☒ **Residence:** 3 Keyser Woods Ct. Pikesville, MD 21208
  **Owner:** Linda Rabinovich

☐ **Other Location:** _____

I, **Linda Rabinovich**, have been informed of the following:

1. I have not been promised anything in exchange for consenting to this search.
2. I have not been threatened in any way to force or compel me to give this voluntary consent to search my vehicle, person, residence or other location.
3. I fully understand that anything found in the search of my vehicle, person, residence or other location may be used against me in a court of law.
4. I can read, write, and understand the English language.
5. I have received the following formal education: **Partial Master's Ed.**

**SIGNATURE:** Linda Rabinovich

**PRINTED NAME:** Linda Rabinovich

**WITNESSED BY:** [signature]

HCPD 2118 (REV 3-11)

3/14/17   2115 HRS   3 KEYSER WOODS CT PKV

## UPSTAIRS OFFICE

1) BLACK BINDER (CONTAINING PICTURES, PHOTO'S, CARD, ASSORTED DOCUMENTS)
2) BACK PACK (GREEN)
3) HARD DRIVE
4) LIANLI COMPUTER TOWER CONTAINING THUMB DRIVES
5) 8GB SCAN DISK
6) POSTAL BOX CONTAINING VARIOUS DOCUMENTS
7) POSTAL BOX CONTAINING VARIOUS DOCUMENTS
8) MISC. FILES FROM FILE CABINET

## BEDROOM - MASTER

9) TOSHIBA LAPTOP - NIGHT STAND
10) BLUE FUJI CAMERA - NIGHT STAND
11) CAPSTONE WIRELESS OUTLETS - NEAR FIREPLACE
12) _____

