# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000001 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT (HOWARD COUNTY FMO K9 ALERT). | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000002 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000003 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT WOODEN FURNITURE BASE IN BASEMENT AGAINST SIDE B WALL (HOWARD COUNTY FMO K9 ALERT). | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000004 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT, WOODEN FURNITURE BASE IN BASEMENT AGAINST SIDE B WALL. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000005 | 03/12/2017 | ARSON: ARSON DEBRIS, K9 ALERT - GALLON CAN CONTAINING FIRE DEBRIS | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000006 | 03/12/2017 | ARSON: ARSON DEBRIS, K9 ALERT - GALLON CAN: CHARRED FIRE DEBRIS. 1006 HRS | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000007 | 03/13/2017 | ARSON: ARSON DEBRIS, K9 ALERT - FIRE DEBRIS FROM BASEMENT STAIRS UPPER PORTION/SECTION | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000008 | 03/13/2017 | ARSON: ARSON DEBRIS, GALLON CAN CONTAINING FIRE DEBRIS FROM STAIR TREAD/RISER OF BASEMENT STAIRS. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |

USAO-002460

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000009 | 03/20/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT, AGAINST SIDE B WALL. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000010 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT, AB CORNER OF BASEMENT STAIR TOWER. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000011 | 03/20/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, A-B QUADRANT, SIDE A WALL AT BAR DOORWAY. | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000012 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, BASEMENT STAIRS (HOWARD COUNTY FD K9 ALERT) | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000013 | 03/12/2017 | ARSON: ARSON DEBRIS, GALLON CAN: CHARRED FIRE DEBRIS, BASEMENT STAIRS (HOWARD COUNTY FD K9 ALERT) | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000014 | 03/24/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE HP PRINTER BOX CONTAINING ITEMS FROM GIRLS BEDROOM-SPORTS ITEMS, PHOTO ALBUMS, YEARBOOKS-ITEMS OF SENTIMENTAL VALUE | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000015 | 03/24/2017 | OTHER: OTHER, ONE BAG CONTAINING CLOTHES HANGER WITH MIKAELA FITZPATRICK'S MEDALS, IDS, AND PERSONAL ITEMS | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000016 | 03/24/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE CARDBOARD BOX CONTAINING PHOTOGRAPHS, DOCUMENTS, AND A SEAGATE ROUTER, S/N NA1XTPMG | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |

USAO-002461

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000017 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE HARD DRIVE | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | Fitzpatrick, Michael |
| 000018 | 03/30/2017 | OTHER: OTHER, ONE(1) BLACK LEATHER ZIPPER BINDER | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000019 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE (1) NEMCO HARD DRIVE BACK-UP-S/N NA7EN786 | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000020 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE (1) BLACK TOWER COMPUTER | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000021 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS, ONE (1) TOSHIBA SATELLITE L15W-B1302/2F0380305 | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000022 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS, ONE (1) BLUE FUJI FILM XP CAMERA S/N 4TB20697 | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000023 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS, ONE (1) PACKAGE CONTAINING WIRELESS REMOTE CONTROL OUTLETS | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000024 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS, ONE (1) SEEK THERMAL CAMERA AND BATTERY | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |

USAO-002462

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000025 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS , ONE (1) NIKON D7200 IN BOX WITH S/N 2589732 | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000026 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , ONE VERIZON GALAXY S7 #353301077886706 CELL PHONE | RETAINED FOR EVIDENCE | | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000027 | 03/30/2017 | AMMUNITION: AMMUNITION, QTY: 300, MNF: TULA CARTRIDGE WORKS - RUSSIA, CAL: 223 | SEIZED JUDICIALLY | | 11910 Emerald CT Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000028 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , ONE MOTOROLA ANDROID CELL PHONE FCC ID#IHDTS6PK1 | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000029 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS , ONE (1) TABLET COMPUTER IN BLACK CASE | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000030 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS , ONE (1) LG BRAND TABLET WITH INCIPIO CASE | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000031 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS , USB CABLES/CORDS AND HEADSET | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000032 | 03/30/2017 | DOCUMENTS: OTHER DOCUMENTS, MISC. CARDS AND ASSOCIATION ID | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000033 | 03/30/2017 | DOCUMENTS: OTHER DOCUMENTS, PASSPORT/PASSPORT WALLET | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000034 | 03/30/2017 | OTHER: OTHER, KEY | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000035 | 03/30/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS, MISC USB/MEDIA DEVICES/STORAGE | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000036 | 03/30/2017 | FIREARM: RIFLE, MNF: JUGGERNAUT TACTICAL, INC., TYPE: RECEIVER/FRAME, MODEL: JT-15, CAL: ZZ, SN: NONE | RETAINED FOR EVIDENCE | | 11910 Emerald CT Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000037 | 03/30/2017 | OTHER: FIREARM PARTS AND ACCESSORIES, TEN (10) AR-15 THIRTY (30) ROUND MAGAZINES | RETAINED FOR EVIDENCE | | 11910 Emerald CT Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000038 | 03/30/2017 | AMMUNITION: AMMUNITION, QTY: 500, MNF: AMERICAN EAGLE, CAL: 223 | RETAINED FOR EVIDENCE | | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000039 | 03/30/2017 | AMMUNITION: AMMUNITION, QTY: 300, MNF: SPEER, CAL: 223 | RETAINED FOR EVIDENCE | | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000040 | 03/30/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE BOX OF MISC.DOCUMENTS (IN NAME OF FITZPATRICK) AND PICTURES | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |

USAO-002464

# Property Status Summary Report

4/16/2025

Case #: 761010-17-0021

Case Name: Ellicott City House Fire-Emerald Court

Case Agent: ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000041 | 03/30/2017 | FINANCIAL: PERSONAL AND CASHIERS CHECKS, ONE BOX OF 1000 CHECKS IN THE NAME OF CENTURY ENTERPRISES | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000042 | 03/30/2017 | OTHER: FURNITURE/HOUSEHOLD ITEM, TWO WOODEN CORBELS (PORTIONS OF DESK MOUNTED TO WALL) | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000043 | 03/30/2017 | OTHER: OTHER, FRAMED MOTORCYCLE PHOTO | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000044 | 03/30/2017 | OTHER: ART WORK/COLLECTION: OTHERS, ONE FRAMED COLLAGE OF NEWSPAPER ARTICLES | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000045 | 03/30/2017 | COMPUTER EVIDENCE: REMOVABLE DIGITAL MEDIA (I.E., FROM CAMERAS, CELL PHONES, ETC., QTY: 1, Serial #: unk, ONE (1) SD CARD | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000046 | 04/13/2017 | COMPUTER EVIDENCE: LAPTOP, QTY: 1, Serial #: CNF00352ZB, ONE HP PAVILION ENERTAINMENT PC SERIAL # CNF00352ZB | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | Rabinovich, Linda |
| 000047 | 05/19/2017 | OTHER: FIREARM PARTS AND ACCESSORIES, ONE BLACK 30 ROUND PMAG | RETAINED FOR EVIDENCE |  | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000048 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE SAMSUNG HDTV MONITOR | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |

USAO-002465

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000049 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: GENERAL ELECTRONICS , ONE SUPERNOVA POWER SUPPLY S/N 1403441008811979 | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000050 | 05/19/2017 | OTHER: OTHER, ONE EMPTY 5 GALLON METHANOL CONTAINER (BLUE METAL) | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000051 | 05/19/2017 | OTHER: OTHER, ONE EMPTY FIVE GALLON MOTOR SPORTS FUEL CONTAINER (RED PLASTIC) | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000052 | 05/19/2017 | OTHER: OTHER, ONE BOX OF COLLECTIBLE PLATES AND CERTIFICATION DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000053 | 05/19/2017 | OTHER: OTHER, ONE SMALL GREEN BOX CONTAINING SMALL MIRROR, NECKLACE, LIGHTER | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000054 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: OTHER, ONE SMALL BAG CONTAINING SIX ELECTRICAL CIRCUIT BREAKERS | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000055 | 05/19/2017 | OTHER: OTHER, ONE CAN OF ULTRATONE BUTANE FUEL | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000056 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE NORDSTROM RECEIPT DATED 05072017 | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |

USAO-002466

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000057 | 05/19/2017 | OTHER: OTHER, ONE PHOTO FRAME WITH FAMILY PHOTOS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000058 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , ONE VERIZON BLACK CELL PHONE | RETAINED FOR EVIDENCE |  | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000059 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE MEDIA STORAGE DEVICE | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000060 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , ONE IPHONE MODEL APPLE1687 SILVER | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000061 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, BLUEPRINTS FOR EMERALD COURT (11910) | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000062 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, RMF INC DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000063 | 05/19/2017 | OTHER: OTHER, 'ALBAN CAT' JOURNAL/NOTEBOOK | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000064 | 05/19/2017 | DOCUMENTS: FINANCIAL RECORDS, COURT AND FINANCIAL DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |

USAO-002467

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000065 | 05/19/2017 | DOCUMENTS: FINANCIAL RECORDS, FINANCIAL DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000066 | 05/19/2017 | DOCUMENTS: FINANCIAL RECORDS, FINANCIAL DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000067 | 05/19/2017 | FINANCIAL: OTHER, TAX RETURNS | RETAINED FOR EVIDENCE | | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000068 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: OTHER, TWO (2) SD CARDS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000069 | 05/19/2017 | OTHER: OTHER, ONE MASTERCARD IN NAME OF FITZPATRICK | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000070 | 05/19/2017 | COMPUTER EVIDENCE: LAPTOP, QTY: 1, Serial #: 5cg6504m46, ONE HP ENVY LAPTOP AND POWER CORD-5CG6504M46 | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000071 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE SAMSUNG COMPUTER MONITOR AND POWER CORD | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000072 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, VARIOUS DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000073 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, VARIOUS DOCUMENTS (#19 ON LOG) | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000074 | 05/19/2017 | OTHER: ELECTRONIC EQUIPMENT: OTHER, ONE BLACK SAMSUNG TABLET AND POWER CORD IMEI 990006001702934 | RETAINED FOR EVIDENCE | | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000075 | 05/19/2017 | DOCUMENTS: OTHER DOCUMENTS, VARIOUS MAIL IN THE NAME OF FITZPATRICK | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000076 | 05/19/2017 | OTHER: OTHER, ONE SAMSUNG GALAXY S8 MODEL G950U IMEI #358331080184382 | RETAINED FOR EVIDENCE | RELEASED | Columbia, MD 21044- | FITZPATRICK, Michael |
| 000077 | 05/19/2017 | FINANCIAL: PERSONAL AND CASHIERS CHECKS, ONE BB&T CHECK TO: CENTURY ENTERPRISES, FROM: ARTHUR SELNICK ASSOCIATES | RETAINED FOR EVIDENCE | RELEASED | Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000078 | 05/19/2017 | FINANCIAL: PERSONAL AND CASHIERS CHECKS, BLANK CHECKS IN SEQUENCE FROM CENTURY ENTERPRISES 14130-14152 | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000079 | 05/19/2017 | FINANCIAL: PERSONAL AND CASHIERS CHECKS, THREE CHECKS: CENTURY ENTERPRISES-15,452.50, CENTURY ENTERPRISES 950.00, CENTURY ENTERPRISES 600.00 | RETAINED FOR EVIDENCE | RELEASED | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000080 | 05/19/2017 | CURRENCY: , CONV DATE: 05/22/2017, DESC: BANK OF AMERICA CASHIER CHECK IN THE AMOUNT OF 7500.00 | SEIZED ADMINISTRATIVELY | RELEASED | Ellicott City, MD 21042- | Fitzpatrick, Michael |

USAO-002469

**Property Status Summary Report**

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000081 | 05/31/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: 6VP3922P, SEAGATE SATA DRIVE CONTAINING FORENSIC IMAGE OF ITEM 17 | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000082 | 05/31/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: WCC3F6VFS250, WESTERN DIGITAL SATA DRIVE CONTAINING FORENSIC IMAGE OF ITEM 19 | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000083 | 05/31/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: WMAV2L410615, WESTERN DIGITAL SATA DRIVE CONTAINING FORENSIC IMAGE OF ITEM 21 | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000084 | 05/31/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: WCC3F1261515, WESTERN DIGITAL SATA DRIVE CONTAINING FORENSIC IMAGE OF CELL PHONES | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000085 | 05/31/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: WCC3F7SVTLR2, WESTERN DIGITAL SATA DRIVE CONTAINING FORENSIC IMAGE OF ITEM 35 | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000086 | 06/28/2017 | COMPUTER EVIDENCE: FORENSIC IMAGE, QTY: 1, Serial #: WCC3F5EL8KRZ, WESTERN DIGITAL SATA DRIVE CONTAINING FORENSIC IMAGE OF ITEM 19 | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | Fitzpatrick, Michael |
| 000087 | 09/14/2017 | OTHER: OTHER, THREE (3) INDO SURF/KNEE BOARDS | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000088 | 09/14/2017 | OTHER: OTHER, ONE (1) 1996 ROAD RACE TROPHY | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |

USAO-002470

# Property Status Summary Report

4/16/2025

Case #: 761010-17-0021

Case Name: Ellicott City House Fire-Emerald Court

Case Agent: ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000089 | 09/14/2017 | OTHER: OTHER, ONE (1) CARDBOARD BOX CONTAINING FOUR(4) TROPHIES ( GLASS/LUCITE, CHROME BOWL, ETC) | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000090 | 09/14/2017 | OTHER: OTHER, ONE (1) GO PRO HERO 2 CAMERA WITH SANDISK MEMORY CARD | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000091 | 09/14/2017 | OTHER: OTHER, ONE (1) ENGINE ICE TROPHY | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000092 | 09/14/2017 | OTHER: OTHER, ONE (1) 2001 ENGINE ICE SECOND PLACE RACE TROPHY | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000093 | 09/14/2017 | OTHER: OTHER, TWENTY-FIVE (25) PLAYSTATION 3 AND 4 GAMES | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000094 | 09/14/2017 | OTHER: OTHER, TWO PLAYSTATION CONTROLLERS (BLACK & BLUE) | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000095 | 09/14/2017 | OTHER: OTHER, ONE (1) NEST THERMOSTAT MODULE | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000096 | 09/14/2017 | OTHER: OTHER, ONE (1) NEST THERMOSTAT MODULE | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |

USAO-002471

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000097 | 09/14/2017 | OTHER: OTHER, PHOTO FRAME AND "DAD" LETTERS COLLAGE | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000098 | 09/14/2017 | OTHER: FURNITURE/HOUSEHOLD ITEM, TWO ANIMAL PRINT RUGS | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000099 | 09/14/2017 | OTHER: OTHER, ONE WII UNIT | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000100 | 09/14/2017 | OTHER: OTHER, ONE BLUE TOPPED TUPPERWARE CONTAINER CONTAINING CORDS AND DOCKING STATIONS | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000101 | 09/14/2017 | OTHER: OTHER, GREEN PHOTO ALBUM | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000102 | 09/14/2017 | OTHER: OTHER, ONE PLAYSTATION 4 GAMING CONSOLE | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000103 | 09/14/2017 | OTHER: OTHER, ONE (1) ENGINE ICE TROPHY (WITH SILVER EAGLE) | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |
| 000104 | 09/14/2017 | OTHER: OTHER, ONE UNITED STATES POSTAL BOX WITH CORDS, REMOTES AND GAMING EQUIPMENT | RETAINED FOR EVIDENCE | RELEASED | 300 Indian Ridge Road Moneta, VA 24121- | FITZPATRICK, Michael |

USAO-002472

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000105 | 11/28/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE U.S.P.S BOX CONTAINING MISC. DOCUMENTS | RETAINED FOR EVIDENCE | RELEASED | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000106 | 11/28/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE BAG CONTAINING MISC DOCUMENTS (HOCO 5730-8) | RETAINED FOR EVIDENCE | RELEASED | 11910 Emerald CT Ellicott City, MD 21042- | FITZPATRICK, Michael |
| 000107 | 11/28/2017 | DOCUMENTS: OTHER DOCUMENTS, ONE BLACK LEATHER PORTFOLIO CONTAINING VARIOUS DOCUMENTS AND PAPERWORK (HOCO PROP ITEM 5730-15) | RETAINED FOR EVIDENCE | RELEASED | Pikeville, MD 21208- | FITZPATRICK, Michael |
| 000108 | 12/07/2017 | COMPUTER EVIDENCE: MEMORY STICK, QTY: 1, Serial #: VERBATIM, THUMB DRIVE PROVIDED BY SA JEPPI TO ROB MAGNIEN TO COPY PHOTOS FROM COMPUTER (CUSTODY DATE FOR ATF IS DATE COPIED INTO HARD DRIVE) | RETAINED FOR EVIDENCE | RELEASED | 3013 Evergreen WY Ellicott City, MD 21042- | Magnien, Robert |
| 000109 | 03/30/2017 | COMPUTER EVIDENCE: REMOVABLE DIGITAL MEDIA (I.E., FROM CAMERAS, CELL PHONES, ETC., QTY: 1, Serial #: 2016-10-07, SANDISK MICRO SD CARD PULLED FROM COMPUTER TOWER (EVIDENCE ITEM 20) UPON FORENSIC ANALYSIS | RETAINED FOR EVIDENCE | | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000110 | 03/30/2017 | COMPUTER EVIDENCE: REMOVABLE DIGITAL MEDIA (I.E., FROM CAMERAS, CELL PHONES, ETC., QTY: 1, Serial #: BM1622850363D, ONE RED/BLACK SANDISK 32 GB SD CARD TAKEN FROM EVIDENCE ITEM 25 DURING FORENSIC ANALYSIS | RETAINED FOR EVIDENCE | | 3 Keyser Woods CT Pikesville, MD 21208- | FITZPATRICK, Michael |
| 000111 | 05/19/2017 | COMPUTER EVIDENCE: REMOVABLE DIGITAL MEDIA (I.E., FROM CAMERAS, CELL PHONES, ETC., QTY: 1, Serial #: BH0811511880G, ONE RED/BLUE SANDISK 4GBSDHC CARD PULLED FROM EVIDENCE ITEM # 70 UPON FORENSIC ANALYSIS | RETAINED FOR EVIDENCE | | 10000 Town Center AV Columbia, MD 21044- | FITZPATRICK, Michael |
| 000112 | 01/05/2017 | COMPUTER EVIDENCE: HARD DRIVE, QTY: 1, Serial #: 19604, ONE SEAGATE HARD DRIVE CONTAINING IMAGES/FILES/DATA FROM EVIDENCE ITEMS 20,46, AND 70 | RETAINED FOR EVIDENCE | RELEASED | Lanham, MD 20706- | Jeppi, Clare |

USAO-002473

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000113 | 05/15/2018 | FINANCIAL: PERSONAL AND CASHIERS CHECKS, ONE CASHIER CHECK #1076206152 IN THE AMOUNT OF $50.00 LOCATED IN EVIDENCE ITEM #33 | RETAINED FOR EVIDENCE | | Baltimore, MD 21201- | FITZPATRICK, Michael |
| 000114 | 11/08/2018 | COMPUTER EVIDENCE: DESKTOP COMPUTER, QTY: 1, Serial #: x11-45376, DELL TOWER CPU, MODEL XPS 400 WITH POWER CORD | RETAINED FOR EVIDENCE | RELEASED | 10370 Baltimore National TP ELLICOTT CITY, MD 21042 | FITZPATRICK, Michael |
| 000115 | 11/08/2018 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , 1 LG CELLULAR TELEPHONE (MODELLM-V405VA) BLACK IN COLOR; SN# 810KPAE0051800 | RETAINED FOR EVIDENCE | | 12421 Auto DR Clarksville, MD 21029- | Hardaway, Brian |
| 000116 | 11/08/2018 | OTHER: ELECTRONIC EQUIPMENT: CELLULAR PHONE , 1 LG CELLULAR TELEPHONE (MODEL LG-H871) BLACK IN COLOR SN# 703KPZK026021 | RETAINED FOR EVIDENCE | | 12421 Auto DR Clarksville, MD 21029- | Hardaway, Brian |
| 000117 | 11/08/2018 | COMPUTER EVIDENCE: CELL PHONE, QTY: 1, Serial #: UNK, ONE (1) BLACK IPHONE WITH CHARGER | RETAINED FOR EVIDENCE | RELEASED | 7400 Travertine PIKESVILLE, MD 21209- | WEIZMAN, Jonathan |
| 000118 | 11/08/2018 | COMPUTER EVIDENCE: LAPTOP, QTY: 1, Serial #: UNK, ONE (1) SILVER APPLE LAPTOP WITH BLACK CARRY CASE | RETAINED FOR EVIDENCE | RELEASED | 7400 Travertine PIKESVILLE, MD 21209- | WEIZMAN, Jonathan |
| 000119 | 11/08/2018 | OTHER: OTHER, JUGGERNAUT TACKTICAL PAPERWORK RE: FITZPATRICK | RETAINED FOR EVIDENCE | RELEASED | 7400 Travertine PIKESVILLE, MD 21209- | WEIZMAN, Jonathan |
| 000120 | 11/08/2018 | OTHER: OTHER, LUCKY GUNNER PAPERWORK RE: WEIZMAN | RETAINED FOR EVIDENCE | RELEASED | 7400 Travertine PIKESVILLE, MD 21209- | WEIZMAN, Jonathan |

USAO-002474

# Property Status Summary Report

4/16/2025

**Case #:** 761010-17-0021

**Case Name:** Ellicott City House Fire-Emerald Court

**Case Agent:** ADSTJOHN

| Item # | ATF Custody | Description | ATF Action | Status | Recovery Loc. | Possessor |
|---|---|---|---|---|---|---|
| 000121 | 11/08/2018 | FIREARM: SHOTGUN, MNF: WINCHESTER, TYPE: SHOTGUN, MODEL: 140 RANGER, CAL: 12, SN: N861419 | SEIZED ADMINISTRATIVELY | | Windsor Mill, MD 21244- | WEIZMAN, Jonathan |
| 000122 | 06/11/2019 | COMPUTER EVIDENCE: THUMB DRIVE, QTY: 1, Serial #: none, ONE BLACK SANDISK THUMBDRIVE CONTAINING INFORMATION FROM MDE | RETAINED FOR EVIDENCE | RELEASED | Baltimore, MD 21201- | Maddox, Matthew |
| 000123 | 11/08/2018 | OTHER: OTHER, ONE DATASTICK PRO THUMBDRIVE CONTAINING PHOTOGRAPHS OF SEARCH WARRANT AT WEIZMAN RESIDENCE TAKEN BY SA GIBLIN | RETAINED FOR EVIDENCE | RELEASED | 7400 Travertine PIKESVILLE, MD 21209- | WEIZMAN, Jonathan |
| 000124 | 01/30/2020 | COMPUTER EVIDENCE: CD/DVD DISK, QTY: 1, Serial #: N/A, AUDIO RECORDING OF INTERVIEW WITH GARY STACHAROWKSI. INTERVIEWED BY ATF FORENSIC AUDITOR SEAN POTTS. | RETAINED FOR EVIDENCE | RELEASED | 31 Hopkins PL Baltimore, MD 21201- | St John, Adam |
| 000125 | 02/26/2020 | OTHER: OTHER, ONE CD CONTAINING AUDIO RECORDING OF INVESTIGATOR INTERVIEW WITH WILMER GUERRA | RETAINED FOR EVIDENCE | RELEASED | Baltimore, MD 21201- | Guerra, Wilmer |

USAO-002475